### 43911. HARPER v. FRYER.
(349 SE2d 749)

SMITH, Justice.

This case involves a petition for a writ of mandamus to compel a superior court judge to act on the petitioner's request for a grant of

credit for time served in jail prior to the petitioner's conviction.

In view of the fact that this is a direct application to this court for a writ of mandamus, this case is controlled by *Brown v. Johnson*, 251 Ga. 436 (306 SE2d 655) (1983), and the petition is therefore dismissed.

*Petition for Writ dismissed. All the Justices concur.*

DECIDED OCTOBER 9, 1986.

Timmy L. Harper, *pro se.*